# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. 2:24-cv-00691-JFW-PVCx                    Date April 4, 2024

Title: United African-Asian Abilities Club v. Victor Square, LLC, et al.

Present: The Honorable John F. Walter

|  Shannon Reilly  |  Not Reported  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

Not Present                                Not Present

Proceedings:   ☐ In Court   ☒ In Chambers   ☐ Counsel Notified

☐ Case previously closed in error.  Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Voluntary Dismissal filed [11] - Make JS-6

☐ Entered _____.


Initials of Preparer     sr